**Electronically Filed
Supreme Court
SCWC-18-0000867
07-OCT-2020
10:55 AM**

SCWC-18-0000867

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KAREN MOTT,
Petitioner/Plaintiff-Appellant,

vs.

CITY AND COUNTY OF HONOLULU,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000867; CIV. NO. 1CC181000829)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Cataldo, assigned by reason of vacancy)

Petitioner/Plaintiff-Appellant's Application for Writ

of Certiorari, filed on August 10, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 7, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Lisa W. Cataldo

